# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELVON JACKSON,<br><br>    Plaintiff<br><br>v.<br><br>SMALL BUSINESS ADMINISTRATION (SBA),<br><br>    Defendant | Case No. 2:24-cv-01979-JAD-NJK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE**<br><br>ECF No. 4 |

On 12/4/24 the magistrate judge entered the following report and recommendation:

    Plaintiff initiated this case without paying the required fee or filing an application to proceed *in forma pauperis*. Docket No. 1. On October 24, 2024, the Court ordered Plaintiff to pay the filing fee or file an application to proceed *in forma pauperis* by November 14, 2024. Docket No. 3. The Court warned that "[f]ailure to comply will result in a recommendation to the District Judge that this case be dismissed." *Id.* at 1. Notwithstanding that warning, Plaintiff did not comply.

    This case cannot proceed without Plaintiff either paying the filing fee or filing a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a). Having refused to do either in this case, Plaintiff's complaint is subject to dismissal. *E.g.*, *Desai v. Biden*, 2021 WL 38169, at *1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan. 27, 2021).

    Moreover, Plaintiff's refusal to comply with the Court's order is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: December 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

**Order Adopting Report and Recommendation**

The deadline for any party to object to this recommendation was 12/18/24, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the report and recommendation, I find good cause to adopt it, and I do. IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation [ECF No. 4] is ADOPTED in its entirety. This case is DISMISSED without prejudice, and the Clerk of Court is directed to CLOSE it.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 20, 2024