UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Delvon Jackson, | Case No. 2:24-cv-01979-JAD-NJK |
| Plaintiff | **Order Denying Second Motion for Reconsideration** |
| v. | |
| Small Business Administration, | ECF No. 9 |
| Defendant | |

This case was dismissed without prejudice last December because the plaintiff, Delvon Jackson, failed to pay the filing fee or apply to proceed in forma pauperis (IFP) by the court-ordered deadline of November 14, 2024. Jackson objected and moved for reconsideration of that dismissal order, contending that he in fact filed an IFP motion on October 21, 2024, but the court ignored it.[1] The court's docket does not reflect that Jackson filed such a motion, and while Jackson attached that alleged motion to his reconsideration request,[2] it was not dated and he offered no proof that it was ever filed with this court. So his motion for reconsideration was denied.[3] Jackson has now filed a second motion for reconsideration. He attaches a filing that he claims is "clear and convincing evidence that" he complied with this court's orders "not once but twice," but

---

[1] ECF No. 6.
[2] *Id*. at 8–9.
[3] ECF No. 7.

1

the attachment[4] isn't the missing IFP application but rather his January 15, 2025, objection, which this court does not deny it received—indeed, that motion is filed at ECF No. 6, and I denied that motion in an order at ECF No. 7. What that attachment doesn't prove is that Jackson timely filed an IFP motion, and that was the reason that his case was dismissed.

IT IS THEREFORE ORDERED that the second motion for reconsideration **[ECF No. 9] is DENIED. No further documents may be filed in this closed case.**

_____
U.S. District Judge Jennifer A. Dorsey
August 12, 2025

---

[4] *See* ECF No. 9 at 6.